IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEJANDRO DE JESUS-GRANADA
Plaintiff

v.

Civil No. 97-1650(CCC)

UNITED STATES OF AMERICA
Defendants

### ORDER

On August 18, 2000, after having considered petitioner's § 2255 claim, the District Court referred this case for this Magistrate-Judge to "develop an evidentiary record concerning the validity of petitioner's plea and any other pertinent matter(s)" (i.e., defendant's mental condition at the time he pleaded guilty).

Accordingly, an **Evidentiary Hearing is set for October 20, 2000, at 10:00 AM.**

Meanwhile, it is **ORDERED** as follows:

1. The U.S. Marshal will cause petitioner De Jesús-Granada to be transferred to our jurisdiction **no later than September 30, 2000.**

2. The government will file any additional response it deems necessary **on or before September 30, 2000.** The government is instructed to submit any available information bearing on defendant's mental health condition or competence at the time of the Rule 11 proceedings.

3. The U.S. Probation Office is requested to submit a copy of the presentence investigation report prepared as to defendant De Jesús-Granada. The probation

AO 72A
(Rev 8/82)

-2-

officer who interviewed petitioner De Jesús-Granada is summoned to appear at the evidentiary hearing now set for October 20, 2000.

d. Attorney Irma Valdejuli, who represented petitioner De Jesús-Granada in Criminal No. 95-213(CCC), will file a written response to petitioner's allegations **on or before September 30, 2000**. Defense counsel Valdejulli is also summoned to appear at the evidentiary hearing set for October 20, 2000.

SO ORDERED.

At San Juan, Puerto Rico, this 5th day of September, 2000.

*Aida M. Delgado-Colón*
AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

s/c: a. De Jesús
w. Vázquez
USM
USPO
I. Valdejuli w/copy of dkt #2
M. San Juan

SEP - 8 2000

AO 72A
(Rev 8/82)