# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Alejandro De Jesus-Granada

v.                                      Civil No. 97-1650 (CC)

U.S.A.

---

### DESCRIPTION OF MOTION

DATE:
FILED: 9/19/00   DOCKET: # 20      Title:

( ) Plaintiffs    (X) Defendants

( ) Government    ( ) Other

---

### ORDER

It appears that on 9/19/00 the Clerk of Court received several documents from petitioner which were filed. (See Docket No. 20) Inasmuch as already filed, copy will be provided to petitioner's counsel and the attorney for the government.

Petitioner shall stop filing documents pro se. The Clerk of Court will decline said filings.

Counsel Valdejully for petitioner will instruct his client accordingly.

s/c. M. SanJuan
    W. Vázquez
    A. De Jesús

Sept. 25/00
DATE

Aida E/ Delgado-Colon
AIDA M. DELGADO-COLON
U.S. MAGISTRATE JUDGE

