UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALEJANDRO DE JESUS GRANDA | * |
| Plaintiff | * |
| vs | CIVIL 97-1650 (CCC) |
| UNITED STATES OF AMERICA | * |
| Defendants | * |

## JUDGMENT

Having considered the unopposed Report and Recommendation filed by the United States Magistrate Judge since April 10, 2001 (**docket entry 30**), the same is hereby **APPROVED**. Accordingly, it is **ORDERED and ADJUDGED** that petitioner's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. Sec. 2255 (**docket entry 2**) is **DISMISSED**.

SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico this 20th day of July, 2001.

CARMEN CONSUELO CEREZO
United States District Judge





AO 72A
(Rev.8/82)